UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: KARADIMAS, GEORGE J., | § | Case No. 09-45140 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on November 22, 2010 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  October 21, 2010                    By:  /s/ Richard M. Fogel
                                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KARADIMAS, GEORGE J | § Case No. 09-45140 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,636.70 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,636.70 |
| **Balance on hand:** | $ 5,636.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,636.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD M. FOGEL | 1,313.67 | 0.00 | 1,313.67 |
| Trustee, Expenses - RICHARD M. FOGEL | 12.37 | 0.00 | 12.37 |

Total to be paid for chapter 7 administration expenses: $ 1,326.04
Remaining balance: $ 4,310.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,310.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,791.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | Chase Bank USA, N.A. | 4,549.84 | 0.00 | 134.54 |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 2,278.93 | 0.00 | 67.38 |
| 3 | Chase Bank USA, N.A. | 996.97 | 0.00 | 29.48 |
| 4 | Municipal Collection Services, Inc. | 1,775.00 | 0.00 | 52.48 |
| 5 | Inland Condo Investor Loan Corp | 36,397.52 | 0.00 | 1,076.18 |
| 6 | Inland Condo Investor Loan Corp | 37,673.08 | 0.00 | 1,113.89 |
| 7 | Inland Condo Investor Loan Corp | 33,142.39 | 0.00 | 979.93 |
| 8 | Inland Condo Investor Loan Corp | 28,977.32 | 0.00 | 856.78 |

Total to be paid for timely general unsecured claims:   $   4,310.66
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina               Page 1 of 2                   Date Rcvd: Oct 22, 2010
Case: 09-45140                 Form ID: pdf006             Total Noticed: 58

The following entities were noticed by first class mail on Oct 24, 2010.
db              George J Karadimas,   2544 N. Hessing Street,   River Grove, IL 60171-1728
aty            +Lorraine M Greenberg,   Lorraine M. Greenberg,   150 North Michigan Avenue,   Suite 800,
                 Chicago, IL 60601-7585
tr             +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
                 Chicago, IL 60654-4766
14782071       +Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
14782072       +Bank United FSB,   c/o Pierce & Associates,   1 North Dearborn, Suite 1300,
                 Chicago, IL 60602-4321
14782070        Bank of America,   PO box 21848,   Greensboro, NC 27420-1848
14782074       +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
14782073       +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
                 Wilmington, DE 19899-8833
14782075       +Bnkunted Fsb,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
14782077       +Capital 1 Bank,   Pob 30281,   Salt Lake City, UT 84130-0281
14782076       +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
14782078        Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
14782079        Chase,   PO Box 15298,   Wilmington, DE 19850-5298
15364921        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14782080        CitiMortgage, Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
14782081        City of Chicago,   Department of Water,   P.O. Box 6330,   Chicago, IL 60680-6330
14782082        City of Chicago,   Department of Water Mgmt,   PO Box 6330,   Chicago, IL 60680-6330
14782085       +City of Chicago Heights,   Water Billing Dept,   1601 Chicago Road,
                 Chicago Heights, IL 60411-3447
14782084       +City of Chicago Heights,   c/o Corporation Counsel,   1601 Chicago Road,
                 Chicago Heights, IL 60411-3487
14782083        City of Chicago _AHJ,   c/o Markoff & Krasny,   29 N Wacker Drive, Suite 500,
                 Chicago, IL 60606-2854
14782086       +City of Chicago, Dept of Admin Hrgs,   c/o Corporate Counsel,   30 N. LaSalle Suite 800,
                 Chicago, IL 60602-3542
14782087       +Codilis & Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
                 Burr Ridge, IL 60527-6921
14782089       +Collection,   Po Box 15298,   Wilmington, DE 19850-5298
14782090       +Cook County Treasurer,   Attention: Law Dept.,   118 N. Clark Street, Room 212 Room,
                 Chicago, IL 60602-1589
14782091       +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
14782092        Donald L Newman & Associates,   11 S LaSalle Street,   Suite 1500,   Chicago, IL 60603
14782094       +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
14782093       +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
                 Grand Rapids, MI 49546-6210
14782068       +Fifth Third Bank Cc,   38 Fountain Square,   MD 1MOC2G-4050,   Cincinnati, OH 45263-0001
14782096       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14782095        First Premier Bank,   PO Box 5524,   Sioux Falls, SD 57117-5524
14782100       +Heller and Frisone,   33 North LaSalle Street,   Suite 1200,   Chicago, IL 60602-2866
14782102       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14782101       +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
14782103       +Inland Bank,   1120 S Old Rand Rd,   Lake Zurich, IL 60047-8110
14782104       +Inland Condo Investor Loan Corp,   2901 Butterfield Road,   Oak Brook, IL 60523-1190
14782106       +Inland Condo Investor Loan Corp,   c/o CT Corporation,   208 S LaSalle Street, Suite 814,
                 Chicago, IL 60604-1101
14782105       +Inland Condo Investor Loan Corp,   c/o Jason R Sleezer/Scott & Kraus,
                 150 S Wacker Drive, Suite 2900,   Chicago, IL 60606-4206
14782107       +JP Morgan Chase Bank N.A.,   c/o Heavner, Scott & Beyers,   111 E Main Street #200,
                 Decatur, IL 62523-1339
14782108        Juniper Bank,   P.O. Box 8802,   Wilmington, DE 19899-8802
14782110       +Macys/fdsb,   9111 Duke Blvd,   Mason, OH 45040-8999
14782109       +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14782111       +Medical Business Burea,   1460 Renaissance D,   Park Ridge, IL 60068-1331
14782112        Municipal Collection Services, Inc.,   P.O. Box 1022,   ONREMI01,   Wixom, MI 48393-1022
14782113        Municpal Collection Services, Inc.,   P.O. Box 1022,   ONREMI01,   Wixom, MI 48393-1022
14782114        Orchard Bank,   HSBC Card Services,   PO Box 80084,   Salinas, CA 93912-0084
14782116        Peggy Karadimas,   2544 Hessing Street,   River Grove, IL 60171-1728
14782117       +Title Lenders, Inc.,   790 Estate Drive,   Suite 100,   Deerfield, IL 60015-4884
14782120       +Village of Riverdale,   157 West 144th Street,   Attn: Corporation Counsel/Ord Enfo,
                 Riverdale, IL 60827-2707
14782121       +Village of Riverdale,   Ordinance Enforcement,   157 W. 144th Street,   Riverdale, IL 60827-2707
14782119       +Village of Riverdale,   Water Department,   157 W. 144th Street,   Riverdale, IL 60827-2707
14782118        Village of Riverdale,   c/o Municipal Collection Services,   PO Box 666,   Lansing, IL 60438-0666

The following entities were noticed by electronic transmission on Oct 22, 2010.
14782069        E-mail/Text: bkr@cardworks.com                                       Advanta,   PO Box 844,
                 Spring House, PA 19477-0844
14782088       +E-mail/Text: resurgentbknotifications@resurgent.com                            Collection,
                 Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
14782097       +E-mail/Text: bankruptcysupport@flagstar.com                                    Flagstar Bank,
                 Attn: Bankruptcy Dept MS-S144-3,   5151 Corporate Dr,   Troy, MI 48098-2639
14782099       +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2010 03:13:27      Gembppbycr,   Po Box 981064,
                 El Paso, TX 79998-1064
14782098       +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2010 03:13:27      Gembppbycr,   Attention: Bankruptcy,
                 Po Box 103106,   Roswell, GA 30076-9106
14782115        E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2010 03:13:27      Paypal Buyer Credit,   c/o GEMB,
                 PO Box 981064,   El Paso, TX 79998-1064
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Oct 22, 2010
Case: 09-45140                Form ID: pdf006            Total Noticed: 58

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2010**                    **Signature:**     _Joseph Speetjens_