**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KARADIMAS, GEORGE J　　　　　　　§　Case No. 09-45140
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $224,706.10<br>*(without deducting any secured claims)* | Assets Exempt:  $6,900.00 |
| Total Distribution to Claimants: $4,310.72 | Claims Discharged<br>Without Payment:  $292,227.30 |
| Total Expenses of Administration:  $1,326.04 | |

　　　3) Total gross receipts of $　5,636.76　(see **Exhibit 1**), minus funds paid to the debtor
and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $5,636.76
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $897,780.25 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,326.05 | 1,326.04 | 1,326.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 262,396.97 | 145,791.05 | 145,791.05 | 4,310.72 |
| **TOTAL DISBURSEMENTS** | $1,160,177.22 | $147,117.10 | $147,117.09 | $5,636.76 |

    4) This case was originally filed under Chapter 7 on November 29, 2009. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2011    By: /s/RICHARD M. FOGEL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 2,800.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 770.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 490.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 1,050.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 350.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 175.00 |
| Interest Income | 1270-000 | 1.76 |
| **TOTAL GROSS RECEIPTS** | | **$5,636.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Flagstar Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights Water Billing Dept | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights Water Billing Dept | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Flagstar Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 4110-000 | 127,000.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Village of Riverdale Water Department | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights c/o Corporation Counsel | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Title Lenders, Inc. | 4110-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale Water Department | 4110-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank United FSB c/o Pierce & Associates | 4110-000 | 215,331.31 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage, Inc. | 4110-000 | 310,258.83 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 54,878.11 | N/A | N/A | 0.00 |
| NOTFILED | Bank United FSB c/o Pierce & Associates | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bnkunted Fsb | 4110-000 | 184,512.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$897,780.25** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,313.68 | 1,313.67 | 1,313.67 |
| RICHARD M. FOGEL | 2200-000 | N/A | 12.37 | 12.37 | 12.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,326.05 | 1,326.04 | 1,326.04 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 4,550.00 | 4,549.84 | 4,549.84 | 134.53 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 2,500.00 | 2,278.93 | 2,278.93 | 67.38 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 996.97 | 996.97 | 29.48 |
| 4 | Municipal Collection Services, Inc. | 7100-000 | N/A | 1,775.00 | 1,775.00 | 52.48 |
| 5 | Inland Condo Investor Loan Corp | 7100-000 | 29,000.00 | 36,397.52 | 36,397.52 | 1,076.19 |
| 6 | Inland Condo Investor Loan Corp | 7100-000 | 28,000.00 | 37,673.08 | 37,673.08 | 1,113.91 |
| 7 | Inland Condo Investor Loan Corp | 7100-000 | 20,000.00 | 33,142.39 | 33,142.39 | 979.95 |
| 8 | Inland Condo Investor Loan Corp | 7100-000 | 27,600.00 | 28,977.32 | 28,977.32 | 856.80 |
| NOTFILED | Inland Condo Investor Loan Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Inland Condo Investor Loan Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank N.A. c/o Heavner, Scott & Beyers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank N.A. c/o Heavner, Scott & Beyers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 7100-000 | 121,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 118.47 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Municipal Collection Services, Inc. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale Ordinance Enforcement | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale Water Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale Water Department | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Municpal Collection Services, Inc. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Burea | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Paypal Buyer Credit c/o GEMB | 7100-000 | 31.35 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank HSBC Card Services | 7100-000 | 1,515.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Village of Riverdale c/o Municipal Collection | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Heights c/o Corporation Counsel | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Cc | 7100-000 | 11,935.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 799.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 642.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 996.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 2,278.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago, Dept of Admin Hrgs c/o Corporate | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Water | 7100-000 | 1,005.88 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Water Mgmt | 7100-000 | 1,535.42 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago _AHJ c/o Markoff & Krasny | 7100-000 | 1,140.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 262,396.97 | 145,791.05 | 145,791.05 | 4,310.72 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-45140  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** KARADIMAS, GEORGE J  **Filed (f) or Converted (c):** 11/29/09 (f)
  **§341(a) Meeting Date:** 01/12/10
**Period Ending:** 01/03/11  **Claims Bar Date:** 06/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1) single family home, purchased, Location: 1605  Orig. Asset Memo: Imported from original petition  Doc# 1 | 50,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 2) single family home, purchased, Location: 1391  Orig. Asset Memo: Imported from original petition  Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | 3) single family home, purchased, Location: 30 E  Orig. Asset Memo: Imported from original petition  Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | 4) single family home, purchased, Location: 2300  Orig. Asset Memo: Imported from original petition  Doc# 1 | 50,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | 5) single family home, purchased, Location: 5112  Orig. Asset Memo: Imported from original petition  Doc# 1 | 35,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Cash on hand.  Orig. Asset Memo: Imported from original petition  Doc# 1 | 30.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition  Doc# 1 | 1,144.92 | 806.10 | DA | 0.00 | 0.00 |
| 9 | Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition  Doc# 1 | 24.14 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Checking, savings or other financial accounts, c  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Household goods and furnishings, including audio  Orig. Asset Memo: Imported from original petition  Doc# 1 | 2,500.00 | 2,500.00 | DA | 0.00 | 0.00 |
| 12 | Wearing apparel. | 500.00 | 0.00 | | 0.00 | 0.00 |

Printed: 01/03/2011 06:50 AM  V.12.56

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-45140  
**Case Name:** KARADIMAS, GEORGE J  

**Period Ending:** 01/03/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/09 (f)  
**§341(a) Meeting Date:** 01/12/10  
**Claims Bar Date:** 06/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned**<br>OA=§554(a)<br>DA=§554(c) | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 13 | Interests in insurance policies. Name insurance<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Interests in insurance policies. Name insurance<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Stock and interests in incorporated and unincorp<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 7.04 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Other liquidated debts owing debtor including ta<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 4,000.00 | 2,800.00 | | 2,800.00 | FA |
| 19 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 1,100.00 | 770.00 | | 770.00 | FA |
| 20 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 700.00 | 490.00 | | 490.00 | FA |
| 21 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 1,500.00 | 1,050.00 | | 1,050.00 | FA |
| 22 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 350.00 | | 350.00 | FA |
| 23 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Asset Memo: Imported from original petition | 250.00 | 175.00 | | 175.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-45140  
**Case Name:** KARADIMAS, GEORGE J  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/09 (f)  
**§341(a) Meeting Date:** 01/12/10  

**Period Ending:** 01/03/11  

**Claims Bar Date:** 06/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 (See Footnote) |  |  |  |  |  |
| 24 | Avoidance action-transfer of real estate (u) (See Footnote) | 0.00 | 45,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 1.76 | FA |
| 25 | Assets  Totals (Excluding unknown values) | **$233,256.10** | **$53,941.10** |  | **$5,636.76** | **$0.00** |

RE PROP# 18   Sale to debtor approved 4-19-10  
RE PROP# 19   Sale to debtor approved 4-19-10  
RE PROP# 20   Sale to debtor approved 4-19-10  
RE PROP# 21   Sale to debtor approved 4-19-10  
RE PROP# 22   Sale to debtor approved 4-19-10  
RE PROP# 23   Sale to debtor approved 4-19-10  
RE PROP# 24   Listing agreement for office condo expired without any offers. Trustee to abandon interest in property/avoidance action at final meeting of creditors.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011    **Current Projected Date Of Final Report (TFR):**   October 21, 2010  (Actual)

Printed: 01/03/2011 06:50 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-45140  
**Case Name:** KARADIMAS, GEORGE J  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  

**Taxpayer ID #:** **-***7462  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Period Ending:** 01/03/11  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/10 | | GEORGE J. KARADIMAS | Sale of vehicles (pending entry of sale order) | | 5,635.00 | | 5,635.00 |
| | {18} | | Sale of personal property    2,800.00 | 1129-000 | | | 5,635.00 |
| | {19} | | Sale of personal property    770.00 | 1129-000 | | | 5,635.00 |
| | {20} | | Sale of personal property    490.00 | 1129-000 | | | 5,635.00 |
| | {21} | | Sale of personal property    1,050.00 | 1129-000 | | | 5,635.00 |
| | {22} | | Sale of personal property    350.00 | 1129-000 | | | 5,635.00 |
| | {23} | | Sale of personal property    175.00 | 1129-000 | | | 5,635.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.04 | | 5,635.04 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 5,635.07 |
| 04/06/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -5,635.07 | | 0.00 |

|  |  | **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | -5,635.07 | 0.00 | |
|  |  | **Subtotal** | 5,635.07 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$5,635.07** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-45140 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** KARADIMAS, GEORGE J | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****35-66 - Checking Account |
| **Taxpayer ID #:** **-***7462 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/03/11 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/03/2011 06:50 AM V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-45140  
**Case Name:** KARADIMAS, GEORGE J

**Taxpayer ID #:** **-***7462  
**Period Ending:** 01/03/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 5,635.07 | | 5,635.07 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.27 | | 5,635.34 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.33 | | 5,635.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 5,635.99 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.34 | | 5,636.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.33 | | 5,636.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,636.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,636.74 |
| 11/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 5,636.76 |
| 11/19/10 | | To Account #9200******3566 | Close account and transfer for final distributions | 9999-000 | | 5,636.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,636.76 | 5,636.76 | $0.00 |
| | | | Less: Bank Transfers | | 5,635.07 | 5,636.76 | |
| | | | **Subtotal** | | 1.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.69** | **$0.00** | |

{} Asset reference(s)

Printed: 01/03/2011 06:50 AM    V.12.56

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-45140 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | KARADIMAS, GEORGE J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-66 - Checking Account |
| Taxpayer ID #: | **-***7462 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/10 | | From Account #9200******3565 | Close account and transfer for final distributions | 9999-000 | 5,636.76 | | 5,636.76 |
| 11/23/10 | 10101 | Chase Bank USA, N.A. | 2.95% dividend on Claim # 1, Ref: 4185-8109-1426-0113 | 7100-000 | | 134.53 | 5,502.23 |
| 11/23/10 | 10102 | Chase Bank USA, N.A. | 2.95% dividend on Claim # 2, Ref: 5418-2257-6962-8916 | 7100-000 | | 67.38 | 5,434.85 |
| 11/23/10 | 10103 | Chase Bank USA, N.A. | 2.95% dividend on Claim # 3, Ref: | 7100-000 | | 29.48 | 5,405.37 |
| 11/23/10 | 10104 | Municipal Collection Services, Inc. | 2.95% dividend on Claim # 4, Ref: | 7100-000 | | 52.48 | 5,352.89 |
| 11/23/10 | 10105 | Inland Condo Investor Loan Corp | 2.95% dividend on Claim # 5, Ref: 7464 | 7100-000 | | 1,076.19 | 4,276.70 |
| 11/23/10 | 10106 | Inland Condo Investor Loan Corp | 2.95% dividend on Claim # 6, Ref: 7463 | 7100-000 | | 1,113.91 | 3,162.79 |
| 11/23/10 | 10107 | Inland Condo Investor Loan Corp | 2.95% dividend on Claim # 7, Ref: 7477 | 7100-000 | | 979.95 | 2,182.84 |
| 11/23/10 | 10108 | Inland Condo Investor Loan Corp | 2.95% dividend on Claim # 8, Ref: 2009L001404 | 7100-000 | | 856.80 | 1,326.04 |
| 11/23/10 | 10109 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,326.04 | 0.00 |
| | | | Dividend paid 100.00%      1,313.67 on $1,313.67;  Claim# ; Filed: $1,313.68 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      12.37 on $12.37;  Claim# ; Filed: $12.37 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 5,636.76 | 5,636.76 | $0.00 |
| | | | Less: Bank Transfers | | 5,636.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,636.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,636.76 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****35-65 | 5,635.07 | 0.00 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******35-65 | 1.69 | 0.00 | 0.00 |
| Checking # 9200-******35-66 | 0.00 | 5,636.76 | 0.00 |
| | $5,636.76 | $5,636.76 | $0.00 |

{} Asset reference(s)                                                                                      Printed: 01/03/2011 06:50 AM    V.12.56